IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
THE STATE OF FLORIDA, ex rel.
HEATHER JO NUMBERS and
GREGORY SCOTT DAVIS,

    Plaintiffs,

vs.                                                                                Case No. 8:10-cv-912-T-27EAJ

HERNANDO-PASCO HOSPICE, INC., and
HPH HEALTHCARE, LLC. d/b/a
HPH HOSPICE, et al.,

    Defendants.
_____/

## STIPULATION OF DISMISSAL

The United States of America, State of Florida, Hernando-Pasco Hospice, Inc., HPH Hospice, and Relators Heather Jo Numbers and Gregory Scott Davis, by their respective undersigned counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate that the parties have entered into a Settlement Agreement ("Agreement") dated July 22, 2013, and pursuant to the terms of the Settlement, the claims in this case shall be dismissed as follows upon the filing of this Stipulation with the Clerk of the Court, with each party to bear its own costs:

1. As to the United States and State of Florida, the action is dismissed with prejudice only as to the Covered Conduct released in the Agreement, and only as to Hernando-Pasco Hospice, Inc., and without prejudice as to any other claims;

2. As to the Relators, the action is dismissed in its entirety, with prejudice.

    3.    The Court shall reserve jurisdiction to enforce the terms of the Agreement.

Respectfully submitted,

| | |
|---|---|
| PAMELA JO BONDI<br>Attorney General | STUART F. DELERY<br>Acting Assistant Attorney General<br>Civil Division |
| /s/Christina Marie Burden<br>Christina Marie Burden<br>Assistant Attorney General<br>Florida Bar No. 0644951<br>Office of the Attorney General<br>Medicaid Fraud Control Unit<br>3507 E. Frontage Road, Ste. 325<br>Tampa, Florida 33607<br>Tel. (813) 287-7121<br>christina.burden@myfloridalegal.com<br><br>Counsel for the State of Florida | A. LEE BENTLEY, III<br>Acting United States Attorney<br><br>/s/Lacy R. Harwell, Jr.<br>Lacy R. Harwell, Jr.<br>Assistant United States Attorney<br>Florida Bar No. 714623<br>400 North Tampa St., Ste. 3200<br>Tampa, FL 33602<br>Tel. (813) 274-6000<br>Fax (813) 274-6200<br>Randy.Harwell@usdoj.gov<br><br>Michael Granston, Director<br>Renee Brooker, Assistant Director<br>Christelle Klovers, Trial Attorney<br>Civil Division<br>U.S. Department of Justice<br>601 D Street, N.W., Room 9213<br>Washington, D.C. 20004<br>Tel: (202) 305-3656<br>Fax: (202) 616-4286<br>Christelle.Klovers@usdoj.gov<br><br>Counsel for the United States |

       Heather Jo Numbers
       Gregory Scott Davis
       Relators

By: /s/James F. Barger, Jr.
    JAMES F. BARGER, JR.(*Pro Hac Vice*)
    HENRY I FROHSIN (*Pro Hac Vice*)
    J. ELLIOTT WALTHALL (*Pro Hac Vice*)
    FROHSIN & BARGER, LLC
    One Highland Place, Suite 310
    2151 Highland Avenue
    Birmingham, Alabama 35205
    Tel: (205) 933-4006
    jim@frohsinbarger.com

    /s Alan F. Wagner
    ALAN F. WAGNER
    Florida Bar No: 0374105
    WAGNER, VAUGHAN & MCLAUGHLIN, P.A.
    601 Bayshore Blvd., Suite 901
    Tampa, Florida 33606
    Tel: (813) 225-4000

    Counsel for relators


    Hernando-Pasco Hospice, Inc.
    HPH Hospice

By: /s/Adam P. Schwartz
    Adam P. Schwartz – Trial Counsel
    Florida Bar No.: 83178
    CARLTON FIELDS, P.A.
    Corporate Center Three at International Plaza
    4221 W. Boy Scout Boulevard, Suite 1000
    Tampa, FL 33607
    Tel. (813) 223-7000
    Fax (813) 229-4133
    Aschwartz@carltonfields.com

    Counsel for defendants

Dated: July 31, 2013