UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
THE STATE OF FLORIDA, ex rel.
HEATHER JO NUMBERS and
GREGORY SCOTT DAVIS,

      Plaintiffs,

vs.                              Case No. 8:10-cv-00912-JDW-EAJ

HERNANDO-PASCO HOSPICE, INC., and
HPH HEALTHCARE, LLC d/b/a
HPH HOSPICE, et al.,

      Defendants.

_____/

## ORDER

**BEFORE THE COURT** is Plaintiffs' Stipulation of Dismissal (Dkt. 53). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is **ORDERED** that this cause is **DISMISSED** as follows:

1.    As to the United States and the State of Florida:

      a.    The action against Defendant Hernando-Pasco Hospice, Inc. is **DISMISSED** *with prejudice* but only as to the Covered Conduct released in the Settlement Agreement entered into between the parties on July 22, 2013.

      b.    The action against Defendant HPH Healthcare, LLC d/b/a HPH Hospice is **DISMISSED** in its entirety *without prejudice*.

2.    As to the Relators, Heather Jo Numbers and Gregory Scott Davis, the action is **DISMISSED** in its entirety *with prejudice*.

3.      The parties' request for a reservation of jurisdiction to enforce the terms of their

Settlement Agreement is **DENIED**.

4.      The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers this 13th day of August, 2013.


JAMES D. WHITTEMORE
**United States District Judge**


Copies to:
Counsel of Record